Michael W. Moore (ISBN 1919)
Martin C. Hendrickson (ISBN 5876)
MOORE & BASKIN, L.L.P.
Post Office Box 6756
Boise, Idaho  83707
Telephone:  (208) 336-6900
Facsimile: (208) 336-7031

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| IDAHO AIDS FOUNDATION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No: CIV 04-155-S-BLW |
| | ) | |
| vs. | ) | **MOTION FOR SUMMARY** |
| | ) | **JUDGMENT** |
| IDAHO HOUSING & FINANCE | ) | |
| ASSOCIATION, an independent public body | ) | |
| corporate and politic, GERALD M. | ) | |
| HUNTER, JULIE H. WILLIAMS, AND | ) | |
| EARL COOK, in their individual capacities, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

COME NOW the Defendants, by and through their attorneys of record, Moore & Baskin,

L.L.P., and move this Court pursuant to Federal Rule of Civil Procedure 56(b) for an order granting

summary judgment to the Defendants and dismissing Plaintiff's Complaint (Docket No. 1) on file

herein.

This motion is supported by a Statement of Material Facts filed pursuant to Local Rule

7.1(b)(1), and the Affidavit of Julie H. Williams.  This motion is also supported by a Memorandum

in Support of Defendants' Motion for Summary Judgment, lodged contemporaneously herewith.

Defendants request that this Court set a hearing on which oral argument may be heard on this motion.

DATED this 5th day of August, 2005.

MOORE & BASKIN, L.L.P.


By:  _____/s/_____
     MARTIN C. HENDRICKSON, of the firm
     Attorneys for Defendants

MOTION FOR SUMMARY JUDGMENT - page 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY That on this 5th day of August, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Howard A. Belodoff
Belodoff Law Office
1524 W. Hays Street, Suite 2
Boise, ID 83702
hbelodoff@hotmail.com

Maria E. Andrade
Attorney at Law
250 S. 5th, Suite 660
Boise, ID 83702
maria@andradelegal.com
mandrade@huntleypark.com

/s/
Martin C. Hendrickson
