1/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

IDAHO AIDS FOUNDATION, INC.,                )
Plaintiff,                                    )     Case No.  CIV-04-155-S-BLW
                                              )
v.                                            )     APPLICATION FOR ADMISSION
IDAHO HOUSING & FINANCE ASSOCIATION, an      )     PRO HAC VICE
independent public body corporate and politic, GERALD  )
M. HUNTER, JULIE H. WILLIAMS                  )
Defendants.                                   )
                                              )     Fee: $200.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, Mryna Perez, hereby applies for admission pro hac vice to appear and participate in this case on behalf of Idaho AIDS Foundation (Plaintiff).

The applicant hereby attests as follows:

1. Applicant resides in Washington, DC, and practices at the following address and phone number 1829 California Street, Apt. 11 NW Washington, DC 20009 (267) 879-1543.

2. Applicant has been admitted to practice before the following courts on the following dates:

Courts:                                    Dates:
3rd Circuit Court of Appeals               6/2/05

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Myrna Perez, a member in good standing of the bar of this court, of the firm of Relman & Associates, practices at the following office address and phone number: 1225 19th Street, NW Washington, DC (202) 728-1888

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes.  Said designee hereby consents to this designation by signing this application.

Dated this 31 day of March, 2006.

Myrna Perez                                Philip Gordon
Applicant                                  Designee