Michael W. Moore, ISB # 1919
Moore, Baskin & Elia, LLP
P.O. Box 6756
Boise, ID 83707
Telephone: (208) 336-6900
Facsimile: (208) 336-7031
mike@mbelaw.net

Martin C. Hendrickson, ISB #5876
Givens Pursley LLP
601 W. Bannock Street
P.O. Box 2720
Boise, Idaho  83701-2720
Telephone:  208-388-1200
Facsimile:  208-388-1300
mch@givenspursley.com
S:\CLIENTS\8283\1\Motion for Summary Judgment.doc

Attorneys for Defendants

**IN THE UNITED DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| IDAHO AIDS FOUNDATION, INC.,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>IDAHO HOUSING & FINANCE ASSOCIATION, GERALD HUNTER, JULIE H. WILLIAMS, AND EARL COOK, in their individual capacities,<br><br>　　　　　Defendants. | Case No. CV–04-155-S-BLW<br><br>**DEFENDANTS, GERALD HUNTER, JULIE H. WILLIAMS, AND EARL COOK'S MOTION FOR SUMMARY JUDGMENT** |

　　　　COME NOW, the Defendants Gerald Hunter, Julie Williams, and Earl Cook, by and through their attorneys of record, and hereby move this Court for an order granting summary judgment and dismissing all of the claims asserted against them.

　　　　This Motion is supported by the Defendants' Statement of Material Facts (Docket

No. 24), the Affidavit of Julie Williams (Docket No. 24), the Memorandum in Support filed contemporaneously herewith, and the record on file in this action.

Oral argument is requested.

DATED this **28th** day of December 2006.

            GIVENS PURSLEY, LLP


            By   /s/                    
               Martin C. Hendrickson
               Attorneys for Plaintiff

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY THAT on December 28, 2006, I submitted the foregoing to the Clerk of the Court for service on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing, including, but not limited to, the following:

Phillip Howard Gordon  - pgordon@gordonlaw offices.com
D. Scott Chang – schang@relmanlaw.com
John P. Relman - jrelman@relmanlaw.com
Myrna Perez – mperez@relmanlaw.com
Mike Moore - mike@mbelaw.net
Joanne.Rodriguez@usdoj.gov
Glenn Schlactus -  gschlactus@relmanlaw.com
Patricia Sharin Flagg - patricia_sharin_flagg@hud.com

      Additionally, a copy of the foregoing was served on the following parties by first class mail, postage prepaid, addressed to:

None.


Dated: December 28, 2006        /s/_____
                                         Martin C. Hendrickson