IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| IDAHO AIDS FOUNDATION INC., | ) ) ) | Case No. CV-04-155-S-BLW |
| Plaintiff, | ) ) | **MEMORANDUM DECISION AND ORDER** |
| v. | ) ) | |
| IDAHO HOUSING & FINANCE ASSOCIATION, et al., | ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

The Court has before it Plaintiff's Motion to Modify Case Management Order and to Amend Complaint (Docket No. 90), and Defendants Gerald Hunter, Julie H. Williams and Earl Cook's Motion for Summary Judgment (Docket No. 106). The Court heard oral argument on the motions on February 6, 2007 and now issues the following decision.

Based on the reasons stated by the Court at oral argument, the Court finds good cause to grant Plaintiff's Motion to Modify Case Management Order and to Amend Complaint. In turn, given the posture of this case, the Court will deny Defendants' Motion for Summary Judgment without prejudice. The Court recognizes that the issues presented in the motion need to be addressed sooner

**Memorandum Decision and Order -- Page 1**

rather than later.  Thus, Defendants' may re-file the motion as soon as sufficient discovery has occurred following the Court's entry of an amended case management order.

## ORDER

NOW THEREFORE IT IS HEREBY ORDERED that Plaintiff's Motion to Modify Case Management Order and to Amend Complaint (Docket No. 90), shall be, and the same is hereby, GRANTED.  Plaintiff's First Amended Complaint, attached as exhibit A to Docket No. 90 is hereby deemed filed.

IT IS FURTHER ORDERED that Plaintiff shall immediately serve defendants with the First Amended Complaint.  Immediately after defendants file their responsive pleading to the First Amended Complaint, the parties shall contact the Court's deputy clerk, LaDonna Garcia, to set up a scheduling conference.

IT IS FURTHER ORDERED that Defendants Gerald Hunter, Julie H. Williams and Earl Cook's Motion for Summary Judgment (Docket No. 106) shall be, and the same is hereby, DENIED WITHOUT PREJUDICE.

DATED: **February 21, 2007**

Honorable B. Lynn Winmill
Chief U. S. District Judge

**Memorandum Decision and Order -- Page 2**